*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

*In re* COPPES, Minors.

UNPUBLISHED
March 24, 2022

No. 358478
Jackson Circuit Court
Family Division
LC No. 14-000225-NA

Before: O'BRIEN, P.J., and SHAPIRO and BOONSTRA, JJ.

SHAPIRO, J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro